No. 84–6693. YOUNG v. SPELLMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6695. TENNART v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 84–6696. SEITU v. COUNTISS ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–6699. DEPREE v. NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6705. BAUCOM v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 84–6709. FOWLER v. JOHNSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–6713. IVERY v. KENT STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 84–6723. LOVELACE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6726. HUTCHINGS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6738. SHAHRYAR v. MARTIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 84–6769. ARTHUR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6770. KOON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 84–6777. GEIGER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6781. ARDUENGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6790. DEVINCENT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–6796. PEPPARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.